UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME E. MARSHALL,<br><br>        Petitioner,<br><br>  v.<br><br>PAUL M. SCHULTZ,<br><br>        Respondent. | 1:05-CV-0638 AWI WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>TO FILE A TRAVERSE<br>(DOCUMENT #7) |

      Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.  On July 14, 2006, petitioner filed a motion to extend time to comply with the court's order.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Petitioner is granted thirty days from the date of service of this order in which to respond to the motion to dismiss filed by respondent.

IT IS SO ORDERED.

**Dated:   July 25, 2006**          /s/  William M. Wunderlich
bl0dc4                                          UNITED STATES MAGISTRATE JUDGE